

IN THE UNITED STATES DISTRICT COURT
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| AF Holdings LLC, | CASE NO. 1:12CV1257 |
| Plaintiff, | |
| v. | Judge: |
| | Magistrate Judge: |
| John Doe, | **COMPLAINT** |
| IP Address: 70.110.21.134 | |
| | **JURY TRIAL DEMANDED** |
| Defendant. | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND L.R. 7.1

Plaintiff AF Holdings LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

AF Holdings LLC

DATED: October 25, 2012

By: s/ Timothy V. Anderson
*Timothy V. Anderson, Esq.*
VSB 43803
Anderson & Associates, PC
2492 North Landing Rd, Ste 104
Virginia Beach, VA 23456
Telephone: (757) 301-3636
FAX: (757) 301-3640
E-mail: timanderson@virginialawoffice.com
*Attorney for Plaintiff,*
*AF Holdings LLC*