UNITED STATES DISTRICT COURT
Eastern District of Virginia

AF Holdings, LLC

Plaintiff,

Case No. 1:12cv1257

v.

JOHN DOE

Defendant.

**PLAINTIFF'S WAIVER OF ORAL ARGUMENT**

Plaintiff waives oral argument on its previously filed motion for discovery.

Respectfully submitted,

DATED: February 13, 2013

By: /s/ Timothy V. Anderson
Timothy V. Anderson
Anderson & Associates, PC
2492 North Landing Rd Ste 104
Virginia Beach, VA 23456
757-301-3636 Tel
757-301-3640 Fax
timanderson@virginialawoffice.com
*Attorney for Plaintiff*

1

CERTIFICATE OF MAILING

I CERTIFY that a true of copy of this notice was filed with this Court causing ECF notification to all parties consenting to notice by this Court.
.

            By: /s/ Timothy V. Anderson
            Timothy V. Anderson
            Anderson & Associates, PC
            2492 North Landing Rd Ste 104
            Virginia Beach, VA 23456
            757-301-3636 Tel
            757-301-3640 Fax
            timanderson@virginialawoffice.com
            *Attorney for Plaintiff*